# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2010

141203

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
　　　　Plaintiff-Appellee,

v

JOHN MICHAEL CADARETTE,
　　　　Defendant-Appellant.

SC: 141203
COA: 289088
Genesee CC: 03-013153-FC

_____/

On order of the Court, the application for leave to appeal the April 20, 2010 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2010

　　　　　　　　　Clerk

y0920